### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

MONAT GLOBAL CORP,

    Plaintiff,

v.                                                   Case No. 3:18-mc-24-J-34MCR

TONI MILLER,

    Defendant.

## **O R D E R**

**THIS CAUSE** is before the Court on the Objection to Magistrate[ Judge's] Order for Lack of Jurisdiction (Doc. 13; Objection), filed on December 11, 2018.  On December 21, 2018, Plaintiff Monat Global Corp filed a response in opposition to the Objection.  See Response in Opposition to Objection to Magistrate[ Judge's] Order (Doc. 14; Response).  The Objection and Response concern the Magistrate Judge's November 27, 2018 Order (Doc. 12) granting, in part, and denying, in part, Monat Global Corp's Motion to Compel Production of Documents from Non-Party Subpoena Respondent Vicki Nittinger (Doc. 1; Motion).  Upon review of the record in this case, it appears that the Objection and Response raise new arguments that were not previously presented to the Magistrate Judge or otherwise addressed in his Order.  Thus, to provide the Magistrate Judge with the opportunity to consider these new arguments, the Court **construes** the Objection as a motion for reconsideration to be addressed by the Magistrate Judge.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of January, 2019.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record

The Honorable Monte C. Richardson
    United States Magistrate Judge